UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH NG, *et al.*,<br><br>　　　　Defendants. | Case No. 15-cr-00323-SI-1<br><br>**ORDER RE: EVIDENTIARY HEARING ON DEFENDANT NG'S MOTION TO SUPPRESS STATEMENT**<br><br>Re: Dkt. No. 66 |

　　　　Defendant Ng's motion to suppress statements is scheduled for a hearing on May 6, 2016. The Court is also holding a status conference in this case on May 6, 2016. The Court has reviewed the briefing and the declarations submitted by defendant and the government, and finds that an evidentiary hearing is warranted because "the moving papers allege facts with sufficient definiteness, clarity, and specificity to enable the trial court to conclude that contested issues of fact exist." *United States v. Howell*, 231 F.3d 615, 620 (9th Cir. 2000).

　　　　Accordingly, the Court VACATES the May 6, 2016 hearing on the motion to suppress. **The status conference remains on calendar**. The Court directs the parties to meet and confer regarding scheduling the evidentiary hearing, and counsel should be prepared to set a date for that hearing at the May 6, 2016 status conference.

　　　　**IT IS SO ORDERED**.

Dated: April 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge