# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH NG and MICHAEL PON,<br><br>Defendant. | Case No. 15-cr-00323-SI-1<br><br>**ORDER REASSIGNING CASE** |
|---|---|

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the Honorable Charles R. Breyer in the San Francisco division for all further proceedings. Counsel are instructed that all future filings shall bear the initials CRB immediately after the case number.

All hearing and trial dates presently scheduled remain in effect, pending other or further orders of Judge Breyer. Counsel shall contact Judge Breyer's courtroom clerk to obtain further instruction.

Dated: May 25, 2017

SUSAN ILLSTON
United States District Judge