BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

MEREDITH B. OSBORN (CABN 250467)
BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    meredith.osborn@usdoj.gov
    brian.faerstein@usdoj.gov

Attorneys for United States of America

**FILED**

SEP 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>KENNETH NG,<br><br>    Defendant. | Case No. CR 15-0323 VC<br><br>**JOINT STIPULATIONS AND WAIVERS FOR BENCH TRIAL**<br><br>Date: September 20, 2017<br>Time: 10:30 a.m. |

The parties submit the following stipulations and waivers in anticipation of a bench trial before this Court on September 20, 2017. The parties agree that the Court can rely on the stipulations below to decide Kenneth Ng guilty or not guilty of the charges, and they submit the matter for decision by the Court on that basis.

## I. WAIVER OF RIGHTS

1. Pursuant to Federal Rule of Criminal Procedure 23, Mr. Ng waives his right to a jury trial and the government consents to have the Court conduct the trial in this case.

2. Mr. Ng waives his right to testify, to cross-examine witnesses called by the government, and to call witnesses on his own behalf, and he submits this matter for decision by the Court on the basis of the stipulations below.

## II. ELEMENTS OF THE OFFENSES

The elements of the charged offenses are as follows:

1. Count One: Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii)

    a. There was an agreement between two or more persons to distribute methamphetamine; and

    b. The defendant joined in the agreement knowing of its purpose and intending to help accomplish that purpose.

2. Counts Two and Three: Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); 18 U.S.C. § 2

    a. The defendant knowingly distributed methamphetamine;

    b. The defendant knew that it was methamphetamine or some other prohibited drug.

//
//
//
//
//
//

# III. STIPULATIONS[1] OF TESTIMONY AND EXHIBITS ON COUNTS ONE, TWO, AND THREE

**February 6, 2014 Transaction**

1. On February 6, 2014, DEA agents and task force officers conducted an operation to purchase four ounces of methamphetamine from Flavia Lino ("Lino"). The officers established surveillance at two separate locations in San Francisco, California. The first was 768 24th Avenue, which was the residence of Ms. Lino and Mr. Ng. The second was a McDonald's restaurant located at 255 Winston Drive, also in San Francisco, California.

2. At approximately 3:17 p.m. on February 6, 2014, Ms. Lino exited the back passenger seat of a gray four-door Toyota with license plate 6APR578, and walked into the McDonald's restaurant carrying a black and orange bag with a San Francisco Giants emblem on it. Mr. Ng exited the driver's seat of the vehicle and stood outside smoking a cigarette. Mr. Ng got back in the car, and then Ms. Lino got back into the car without the black and orange bag. The gray Toyota left the parking lot at about 3:30 p.m.

3. On February 6, 2014, Task Force Officer ("TFO") Sena, acting in an undercover capacity and working with a confidential source (the "CS"), met with the CS and Ms. Lino in a McDonald's located at 255 Winston Drive, San Francisco, California, for the purpose of conducting a methamphetamine transaction. Specifically, the CS had communicated with Ms. Lino to arrange the purchase of one-quarter pound, or approximately four ounces, of methamphetamine from Ms. Lino for $2,500. TFO Sena was outfitted with an audio recording device before the transaction.

4. During the meeting, Ms. Lino provided TFO Sena with a black and orange bag with a San Francisco Giants emblem on it containing approximately four ounces of suspected methamphetamine packaged in a ziplock bag that was further packaged in a potato chip bag. In exchange, TFO Sena provided Ms. Lino with $2,500. During the meeting, TFO Sena and Ms. Lino also

---

[1] The parties agree to a bench trial and stipulate to the testimony and exhibits described below. The parties enter into these stipulations with the understanding that Mr. Ng is not rendering moot and is preserving his right to appeal the denial of his motion to suppress on September 30, 2016 (Doc.# 99), and not waiving his objection to the introduction of the evidence that he argued should be suppressed. *See United States v. Larson*, 302 F.3d 1016, 1020 (9th Cir. 2002) (stating that appeal after a bench trial by stipulated facts not moot if the stipulations merely describe evidence the government intended to introduce at trial).

discussed TFO Sena potentially purchasing additional quantities of methamphetamine from Ms. Lino in the future. Ms. Lino provided TFO Sena her cell phone number so they could communicate further regarding potential future transactions.

5. The suspected methamphetamine purchased from Ms. Lino on February 6, 2014, was approximately 100.4 grams of d-Methamphetamine Hydrochloride, with a substance purity of approximately 98 percent. The methamphetamine has been maintained in DEA custody since the transaction.

**February 27, 2014 Transaction**

6. Between February 6, 2014, and February 27, 2014, TFO Sena, continuing to act in an undercover capacity, communicated with Ms. Lino through phone calls and text messages about setting up another methamphetamine transaction. TFO Sena audio-recorded many of these phone calls and took photographs of the text messages. Ms. Lino told TFO Sena that she would need to communicate with other individuals regarding the pricing of certain quantities of methamphetamine and that she was not making any money herself on the transaction they were negotiating. Ms. Lino also proposed to TFO Sena that they conduct the transaction at Ms. Lino's residence, where she lived with her fiancé, whom the DEA had identified as Mr. Ng.

7. TFO Sena and Ms. Lino ultimately agreed to conduct the methamphetamine transaction on February 27, 2014, at the same McDonald's in San Francisco where they conducted the February 6, 2014, transaction. On February 27, 2014, before the transaction, Ms. Lino sent TFO Sena a text message stating, "Hey I spoke w my fiancé and this is the last time we can't do outdoor k?"

8. On February 27, 2014, DEA agents and task force officers once again established surveillance at two separate locations in San Francisco, California: 768 24th Avenue, which was the residence of Ms. Lino and Mr. Ng; and, the McDonald's restaurant located at 255 Winston Drive. Mr. Ng and Ms. Lino left their residence at 768 24th Avenue in San Francisco and entered a silver Mercedes Benz sedan with black paper dealer plates. Mr. Ng was driving the Mercedes sedan.

9. TFO Sena, continuing to act in an undercover capacity, met with Ms. Lino at the McDonald's located at 255 Winston Drive in San Francisco. During the meeting, Ms. Lino provided TFO Sena with a Macy's shopping bag that contained approximately one pound of suspected

methamphetamine packaged in a plastic container wrapped in a green, cellophane-like wrapping material. In exchange, TFO Sena provided Ms. Lino with $9,000. During the meeting, Ms. Lino informed TFO Sena that she had not wrapped the suspected methamphetamine but trusted the individual who did so. TFO Sena and Ms. Lino also discussed conducting an additional methamphetamine transaction in the future.

10. The suspected methamphetamine purchased from Ms. Lino on February 27, 2014, was approximately 430.7 grams of d-Methamphetamine Hydrochloride, with a substance purity of approximately 99 percent. The methamphetamine has been maintained in DEA custody since the transaction.

**April 3, 2014 Meeting**

11. Between February 27, 2014, and April 3, 2014, TFO Sena, continuing to act in an undercover capacity, communicated with Ms. Lino through phone calls and text messages about setting up another methamphetamine transaction. TFO Sena audio-recorded many of these phone calls and took photographs of the text messages. During a phone call between TFO Sena and Ms. Lino on March 31, 2014, Ms. Lino informed TFO Sena that she and other individuals had been waiting for TFO Sena to conduct another methamphetamine transaction earlier in the month when TFO Sena had indicated he was going to be out of town. TFO Sena asked Ms. Lino about a male voice that had answered the phone several times in the preceding days when TFO Sena had tried to call Ms. Lino back following a number of missed calls he received from Ms. Lino. Ms. Lino said, "Oh, that's the fiancé," shortly thereafter adding, "He's – he's the one – he, him, and my cousin. That's it." Later during this conversation, when discussing the timing of the next methamphetamine transaction, Ms. Lino said, "So let me call my cousin and my fiancé, and when do you want to meet?"

12. TFO Sena and Ms. Lino ultimately agreed to meet on April 3, 2014, at the McDonald's located at 255 Winston Drive in San Francisco, in order to discuss how TFO Sena, continuing to act in an undercover capacity, wanted future methamphetamine transactions with Ms. Lino, Ng, and Mr. Pon to be conducted.

13. On April 3, 2014, DEA agents and task force officers once again established surveillance at 768 24th Avenue and the McDonald's restaurant located at 255 Winston Drive in San Francisco. At

approximately 1:52 p.m., Mr. Ng, Ms. Lino, and Mr. Pon left the residence from the garage and got into a silver Mercedes that was registered to Mr. Ng. Mr. Ng was in the driver seat, and drove the vehicle away from the residence. Special Agent Foust followed the Mercedes to the McDonald's at 255 Winston Drive in San Francisco.

14. TFO Sena arrived at the McDonald's before Ms. Lino and waited outside for her. TFO Sena was outfitted with an audio recording device before the meeting. A little after 2:00 p.m., Mr. Ng drove a silver Mercedes sedan to the McDonald's on Winston Drive in San Francisco with Ms. Lino in the front passenger seat. The vehicle pulled up in front of the McDonald's and Ms. Lino exited the front passenger door. Mr. Pon got out of the Mercedes sedan and walked away from the McDonald's, getting into a white Toyota, which left the area. Mr. Ng drove the Mercedes to a nearby parking stall, where he parked and waited for Ms. Lino. TFO Sena and Ms. Lino went inside the McDonald's and discussed the logistics for future methamphetamine transactions. Ms. Lino indicated that she, Mr. Ng and Mr. Pon worked together in selling the methamphetamine to TFO Sena, and that she wanted to introduce TFO Sena to Mr. Ng.

15. At approximately 2:27 p.m., Ms. Lino and TFO Sena exited the McDonald's and walked over to the Mercedes sedan where Mr. Ng was sitting in the driver's seat. Mr. Ng got out of the Mercedes and talked with TFO Sena and Ms. Lino for a little over five minutes. At the outset of the conversation, Ms. Lino introduced TFO Sena to Mr. Ng, who introduced himself as "Kenny." TFO Sena, Ms. Lino, and Mr. Ng thereafter discussed how and where TFO Sena wanted the methamphetamine transactions to be conducted and why TFO Sena had not wanted to conduct the prior transactions at Mr. Ng's and Ms. Lino's residence. Mr. Ng told TFO Sena that he understood. When the conversation ended, Mr. Ng and Ms. Lino got back into the Mercedes and Mr. Ng drove the car away.

**August 5, 2014 Statements**

16. On August 5, 2014, Mr. Ng made statements to TFO Martin Mahon at the South San Francisco Police Department. Mr. Ng told TFO Mahon that Mr. Ng obtained one-quarter pound of crystal methamphetamine from Mr. Pon on February 5, 2014, for Ms. Lino to sell to TFO Sena. Mr. Ng told TFO Mahon that Mr. Ng drove Ms. Lino to the McDonald's in San Francisco on February 6, 2014, to meet with TFO Sena. Ms. Lino gave the $2,500 she received from TFO Sena to Mr. Ng. Mr. Ng gave

$2,250 to Mr. Pon, and kept $250. Before the February 27, 2014, transaction, Ms. Lino told Mr. Ng about the potential purchase of one pound of crystal methamphetamine by TFO Sena. Mr. Ng talked to Mr. Pon about the deal, and Mr. Pon agreed to a price of $9,000. On February 27, 2014, Mr. Ng and Ms. Lino drove to a location near the McDonald's and picked up Mr. Pon. Mr. Pon got into the backseat of Mr. Ng's car, and gave one pound of crystal methamphetamine to Ms. Lino. Mr. Ng, Ms. Lino and Mr. Pon then proceeded to drive to the McDonald's together. After the transaction, Ms. Lino gave the $9,000 she received from TFO Sena to Mr. Pon. Mr. Pon gave Mr. Ng $1,000 of that money.

17. The parties stipulate the following exhibits are deemed admitted into evidence for the purposes of this bench trial, and that they are as described below:

  a. Exhibit 1: Photographs from surveillance near 768 24th Avenue, San Francisco, February 6, 2014 (KN-N-000305-000319);

  b. Exhibit 2: Photographs from surveillance of grey Toyota Avalon and passengers, February 6, 2014 (KN-N-000320-000346);

  c. Exhibit 3: Photographs of bag and contents therein obtained on February 6, 2014 (KN-000225; KN-000236; KN-000239-244);

  d. Exhibit 4: Photographs of coffee cup involved in February 27, 2014 transaction (KN-N-000299-000301);

  e. Exhibit 5: Photographs from surveillance inside McDonald's at 255 Winston Drive, San Francisco, February 27, 2014 (KN-000357-000360);

  f. Exhibit 6: Photographs of bag and contents therein obtained on February 27, 2014 (KN-N-000302-304);

  g. Exhibit 7: Photographs from surveillance near 768 24th Avenue, San Francisco, April 3, 2014 (KN-N-000373-000418); and

  h. Exhibit 8: Photographs from surveillance in parking lot of McDonald's at 255 Winston Drive, San Francisco, April 3, 2014 (KN-N-000419-000458; KN-N-000367-000372).

18. Neither party is aware of any witness who will testify in a manner contrary to the facts described above.

STIPULATED FACTS
CR 15-00323 VC

7

IT IS SO STIPULATED.

Dated: September 20, 2017

BRIAN J. STRETCH
United States Attorney

_____
MEREDITH B. OSBORN
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Dated: September 20, 2017

_____
KENNETH NG
Defendant

Dated: September 20, 2017

_____
RICHARD A. TAMOR
Counsel for Kenneth Ng